Court of Chancery. New Castle. April 16, 1819.

*Ridgely's Notebook II, 358.*

### EVAN RICE and ELIZABETH RICE by their Guardian, WASHINGTON RICE, v. PURNEL VEACH.

Court of Chancery. April 16, 1819.

*Ridgely's Notebook II, 360.*

474

*McLane* for [complainants]. *Vandyke* and *Rogers* for defend-ant. *Mr. McLane* reads the bill, which is for the specific execu-tion of an agreement. *Mr. Rogers* reads the answer. . . .

[THE CHANCELLOR.] The question here is on matter of fact depending on a road which the parties made a divisional line be-tween them, one agreeing to release land on the southwest of said road, the other on the northeast. There were two roads, and the question was which road was meant by the parties. The weight of testimony is on the part of the defendant. At any rate the matter is too doubtful to cause releases to be made ac-cording to the prayer of the bill.